No. 910. ALLIED CHEMICAL & ALKALI WORKERS OF AMERICA, LOCAL UNION No. 1 *v.* PITTSBURGH PLATE GLASS CO., CHEMICAL DIVISION, ET AL.; and

No. 961. NATIONAL LABOR RELATIONS BOARD *v.* PITTSBURGH PLATE GLASS CO., CHEMICAL DIVISION, ET AL. C. A. 6th Cir. [Certiorari granted, 401 U. S. 907.] Motion of National Council of Senior Citizens to file a brief as *amicus curiae* granted.

No. 958. FEDERAL POWER COMMISSION *v.* FLORIDA POWER & LIGHT CO. C. A. 5th Cir. [Certiorari granted, 401 U. S. 907.] Motion of Gainesville Utilities Department et al. for leave to file a brief as *amici curiae* granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 1622. WHDH, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 1708. CHARLES RIVER CIVIC TELEVISION, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 1716. GREATER BOSTON TELEVISION CORP. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Motion for expeditious treatment of petitions for writs of certiorari denied. Motion for conditional revocation of stay also denied. THE CHIEF JUSTICE took no part in the consideration or decision of these motions. Reported below: —— U. S. App. D. C. ——, 444 F. 2d 841.

No. 1689. PRUETT *v.* TEXAS ET AL. Ct. Crim. App. Tex. Reapplication for stay and other relief denied.

No. 5850. TOWNSEND ET AL. *v.* SWANK, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL.; and

No. 6000. ALEXANDER ET AL. *v.* SWANK, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. Appeals from D. C. N. D. Ill. [Probable jurisdiction noted, 401 U. S. 906.] Motion for additional time for argument denied.